## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EDWARD DAYHOFF, JR., et al.** | * |
| Plaintiffs, | * |
| v. | *   Case No.: RWT 13cv919 |
| **THE LITVIN LAW FIRM, PC, et al.** | * |
| Defendants. | * |

## ORDER

Plaintiffs have filed a five count complaint alleging that Defendants: (1) violated the Maryland Protection of Homeowners in Foreclosure Act (PHIFA); (2) violated the Maryland Consumer Protection Act (MCPA); (3) engaged in negligent misrepresentation; (4) engaged in fraud; and (5) are liable for unjust enrichment. ECF No. 1. Defendants subsequently filed two motions: a 12(b)(6) motion to dismiss Plaintiffs' complaint in its entirety, and a motion to dismiss or strike Plaintiffs' class action allegations. ECF Nos. 3–4. Upon consideration of Defendants' motions, and the arguments of counsel presented at the hearing conducted before the undersigned on July 2, 2013, it is, for the reasons stated in the record, this 2nd day of July, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 3] is **GRANTED without prejudice** as to all claims against Defendant Gennady Litvin; and it is further

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 3] is **GRANTED with prejudice** as to Count II (violation of MCPA) against Defendant Litvin Law Firm, PC; and it is further

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 3] is **DENIED without prejudice** as to Counts I (violation of PHIFA), III (negligent misrepresentation), IV (fraud), and V (unjust enrichment) against Defendant Litvin Law Firm, PC; and it is further

**ORDERED**, that Defendants' Motion to Dismiss or Strike Plaintiffs' Class Action Allegations [ECF No. 4] is **DENIED without prejudice**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
