UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS                                                                       6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                  GREENBELT, MARYLAND 20770
                                                                                              301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Edward John Dayhoff, Jr., et al. v. The Litvin Law Firm, PC, et al.*
Civil Case RWT-13-919

DATE: January 23, 2014

\* \* \* \* \* \* \* \* \*

This Court was notified that counsel for one of the parties in this case is unable to attend the hearing scheduled for April 21, 2014. Accordingly, the motions hearing currently scheduled for April 21, 2014, at 9:00 a.m. is hereby **RESCHEDULED** for **April 30, 2014, at 2:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge